**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Javar WYCHE, a.k.a. Javar Devon Wyche, Defendant–Appellant.**

No. 12–13282
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 4, 2013.

Phillip Drew Dirosa, U.S. Attorney's Office, Fort Lauderdale, FL, Wifredo A.

Ferrer, Adam C. McMichael, Jeanne Marie Mullenhoff, Anne Ruth Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Panayotta Augustin–Birch, Federal Public Defender's Office, Fort Pierce, FL, Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, Robin J. Farnsworth, Federal Public Defender's Office, Fort Lauderdale, FL, for Defendant–Appellant.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**David HAYDEN, Defendant–Appellant.**

No. 12–11346
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

March 4, 2013.

Before PRYOR, MARTIN and FAY, Circuit Judges.

PER CURIAM:

Javar Wyche appeals the revocation of his supervised release. 18 U.S.C. § 3583(e)(3). The district court revoked Wyche's supervised release for committing a new offense of battery and resisting arrest. We affirm.

The district court did not abuse its discretion. Wyche argues the evidence was insufficient to find that he battered his girlfriend, but we need not address this argument because we can affirm on a different ground. Wyche pleaded guilty to resisting arrest, which was sufficient to support the revocation of his supervised release. *Id.; see also United States v. Almand,* 992 F.2d 316, 318 n. 6 (11th Cir. 1993).

We **AFFIRM** the revocation of Wyche's supervised release.